# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| DOMINIQUE JOHNSON | NO. 09-0685-02 |

## O R D E R

**AND NOW**, this 16th day of February, 2024, upon consideration of Defendant Dominique Johnson's *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) (ECF No. 537), and the Government's opposition thereto (ECF No. 539), **IT IS HEREBY ORDERED** that Johnson's Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**